1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    WILLIAM BARTON,                              No.  2:23-cv-0411 CKD P

12                    Plaintiff,

13          v.                                     ORDER

14    EDMUND F. BRENNAN,

15                    Defendant.

16

17          After a review of the court's docket, the court determines that the item docketed as a

18    complaint in this matter is actually objections to findings and recommendations filed in 2:22-cv-

19    1899 DAD EFB P.  Good cause appearing, IT IS HEREBY ORDERED that:

20          1.  The Clerk of the Court is directed to file the item docketed as a complaint in this matter

21    in 2:22-cv-1899 DAD EFB P.  The item shall be docketed as "Objections to Findings and

22    Recommendations."

23    /////

24    /////

25    /////

26    /////

27    /////

28    /////

1      2.  Plaintiff's motion for leave to proceed in forma pauperis (ECF No. 5) is denied as

2   unnecessary.

3      3.  The Clerk of the Court is directed to close this case.

4   Dated:  March 31, 2023

5   _____
    CAROLYN K. DELANEY
6   UNITED STATES MAGISTRATE JUDGE

7

8

9   1
    bart0411.obs
10